Ferreras v Department of Hous. Preserv. & Dev. for the City of N.Y.

2026 NY Slip Op 50527(U)

April 15, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through April 21, 2026; it will not be published in the printed Official Reports.

Digest-Index Classification: Unclassified

Angel Ferreras, Plaintiff-Respondent,

v

Department of Hous. Preserv. & Dev. for the City of NY, Defendant-Appellant.

Supreme Court, Appellate Term, First Department

Decided on April 15, 2026

570178/26.

Present: Brigantti, J.P., Tisch, Alpert, JJ.

Defendant appeals from an order of the Civil Court of the City of New York, Bronx County (Betty Lugo-Martinez, J.), dated May 13, 2025, which denied its motion to dismiss the complaint pursuant to CPLR 3211 (a) (2) and (a) (5).

[*1]

Per Curiam.

Order (Betty Lugo-Martinez, J.), dated May 13, 2025, reversed, without costs, motion granted and the complaint dismissed. The Clerk is directed to enter judgment accordingly.

This action by plaintiff property owner, challenging certain Department of Housing Preservation and Development [HPD] relocation charges on his property tax bill, should have been dismissed on defendant's motion pursuant to CPLR 3211(a) (2). Any challenge to the inclusion of HPD relocation charges on a property tax bill must be brought by way of a CPLR article 78 proceeding in Supreme Court (see Administrative Code of City of NY § 26-305 [4] [d] [4]; CPLR § 7804 [b]; Matter of 2406 Realty LLC v Department of Hous. Preserv. & Dev. for City of NY, 233 AD3d 469 [2024]).

In view of our determination, we reach no other issue.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: April 15, 2026